AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

43 C.F.R. § 8365.1-4(b)(1) -
Cultivation of a Controlled
Substance

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:

Maximum prison term of 1 year
Maximum fine of $100,000
Maximum supervised release term of 1 year
Mandatory special assessment of $25

---- PROCEEDING ----

Name of Complainant Agency, or Person (&Title, if any)

Bureau of Land Management

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM  **SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S. ----

▶ L. CHOUNLABOUT, C. PHONGSAVATH, S. SAYBAN

DISTRICT COURT NUMBER

**CR 07 0421**    MAG

---- DEFENDANT ----

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges  ▶ 6/6/2007

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 JUL -3 PM 1:49
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0421 MAG

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 43 C.F.R. § 8365.1-4(b)(1) - Cultivation of a Controlled Substance (Class A Misdemeanor) |
| v. | |
| LECK CHOUNLABOUT, and CHUNN PHONGSAVATH, and SARNON SAEPHAN, | |
| Defendants. | SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

On or about July 13, 2005, on federal lands in the Northern District of California, within the boundaries of an area administered by the Bureau of Land Management, the defendants,

LECK CHOUNLABOUT, and
CHUNN PHONGSAVATH, and
SARNON SAEPHAN,

did cultivate, manufacture, deliver, distribute, and traffic in a controlled substance, to wit: marijuana, without a valid license to do so, in violation of Title 43, Code of Federal Regulations,

INFORMATION

Section 8365.1-4(b)(1), a Class A misdemeanor.

DATED: June 29, 2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION                                    -2-