SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 07-0421 MAG |
| Plaintiff, | ) | |
| | ) | ~~[PROPOSED]~~ **ORDER AND STIPULATION EXCLUDING TIME FROM SEPTEMBER 17, 2007 TO OCTOBER 15, 2007** |
| v. | ) | |
| LECK CHOUNLABOUT, and CHUNN PHONGSAVATH, and SARNON SAEPHAN, | ) | |
| Defendant. | ) | |

     The parties appeared before the Honorable Nandor J. Vadas on September 17, 2007. With the agreement of counsel for all parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 17, 2007, to October 15, 2007, in light of the need for defense counsels to investigate defense issues and further review already produced discovery. Failure to grant the requested continuance would unreasonably deny defense counsels reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0421 MAG**

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 17, 2007, to October 15, 2007, outweigh the best interest of the public and the defendants in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 17, 2007, to October 15, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 9/24/07                          /s/
                                        RANDALL DAVIS
                                        Counsel for Leck Chounlabout


DATED: 9/27/07                          /s/
                                        FRAN GREENLEAF
                                        Counsel for Sarnon Saephan


DATED: 10/9/07                          /s/
                                        LAWRENCE M. KILLORAN
                                        Counsel for Chunn Phongsavath


DATED: 9/22/07                          /s/
                                        WENDY THOMAS
                                        Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 10/15/07                         _____
                                        THE HON. NANDOR J. VADAS
                                        United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0421 MAG**                        2