SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. CR 07-0421 MAG |
|    Plaintiff, ) | |
| ) | **[PROPOSED] ORDER AND** |
|    v. ) | **STIPULATION EXCLUDING TIME** |
| ) | **FROM OCTOBER 15, 2007 TO** |
| LECK CHOUNLABOUT, and ) | **NOVEMBER 19, 2007** |
| CHUNN PHONGSAVATH, and ) | |
| SARNON SAEPHAN, ) | |
|    Defendant. ) | |

     The parties appeared before the Honorable Nandor J. Vadas on October 15, 2007. With the agreement of counsel for all parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from October 15, 2007, to November 19, 2007, in light of the need of unavailability of defense counsel and continuity of counsel. Failure to grant the requested continuance would unreasonably the defendants the presence of counsel and continuity of counsel.

     2. Given these circumstances, the Court found that the ends of justice served by

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0421 MAG**

excluding the period from October 15, 2007, to November 19, 2007, outweigh the best interest of the public and the defendants in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 15, 2007, to November 19, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 12/03/07                        /s/
                                       RANDALL DAVIS
                                       Counsel for Leck Chounlabout

DATED: 12/03/07                        /s/
                                       FRAN GREENLEAF
                                       Counsel for Sarnon Saephan

DATED: 12/03/17                        /s/
                                       LAWRENCE M. KILLORAN
                                       Counsel for Chunn Phongsavath

DATED: 11/19/07                        /s/
                                       WENDY THOMAS
                                       Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED:_____                  _____
                                       THE HON. NANDOR J. VADAS
                                       United States Magistrate Judge

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 07-0421 MAG**                       2