AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☑ SUPERSEDING

**OFFENSE CHARGED**

43 C.F.R. § 8365.2-3(f) - Entering or Using a Closed Site

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
Maximum prison term of 1 year
Maximum fine of $100,000
Maximum supervised release term of 1 year
Mandatory special assessment of $25

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Bureau of Land Management

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) WENDY THOMAS

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.

▶ L. CHOUNLABOUT, C. PHONGSAVATH, S. SAEPHAN

DISTRICT COURT NUMBER
07-0421 MAG

**DEFENDANT**

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
08 JAN -4 AM 10: 08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LECK CHOUNLABOUT, and<br>CHUNN PHONGSAVATH, and<br>SARNON SAEPHAN,<br><br>　　　　Defendants. | No. 07 0421 MAG<br><br>VIOLATION: 43 C.F.R. § 8365.2-3(f) -<br>Entering or Using a Closed Site<br>(Class A Misdemeanor)<br><br>SAN FRANCISCO VENUE |

## S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges:

On or about July 13, 2005, on federal lands in the Northern District of California, within the boundaries of an area administered by the Bureau of Land Management, the defendants,

　　　　　　　　LECK CHOUNLABOUT, and
　　　　　　　　CHUNN PHONGSAVATH, and
　　　　　　　　　　SARNON SAEPHAN,

did enter and use a portion of a site closed to public use, to wit: Bureau of Land Management

//

INFORMATION

land on Red Mountain that was closed to public use, in violation of Title 43, Code of Federal Regulations, Section 8365.2-3(f), a Class A misdemeanor.

DATED: 12/34/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____)
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION                              -2-